429 A.2d 765

Commonwealth ex rel. Bracken v. Pasta et al.

Appeal of Sharon Bracken.

Submitted April 15, 1980. W. E. Buchko, for appellant; Kenneth E. Fox, Jr., for appellees.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

HOFFMAN, J., concurred in the result.

429 A.2d 766

Commonwealth ex rel. Kowlsen et al. v. Kowlsen.

Appeal of Dean Kowlsen.

Argued April 16, 1980. James Hook, for appellant; Ewing B. Pollock, for appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.